CHARLES M. LOUDERBACK (SBN 88788)
STACEY L. PRATT (SBN 124892)
CLARICE C. LIU (SBN 160555)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile:  (415) 398-7863

*E-FILED 8/18/05*

Attorneys specially appearing
for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MIPS TECHNOLOGIES, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>CLAUS ANDERSEN, FINN SCHIERMER ANDERSEN, JACOB ANDERSEN, RENE SCHALOFFSKY BLOCH, KRISTIAN BORUM, SUSANNE CORYDON-PETERSEN, CLAUS PETER EK, HARTVIG EKNER, ANDERS ENGGAARD, ROLAND ERBS, CHRISTIAN G. FOLTING, TOBIAS F. GARDE, LARS BO GRAVERSEN, TORBEN VENDT HANSEN, KARSTEN JENSEN, JAKOB SCHOU JENSEN, NIELS JEPPESEN, KRISTIAN KNUDSEN, STIG KOFOED, CARSTEN LANGGARRD, KIM MOSTRUP, SØREN MLLER, ALLAN PUGE NIELSEN, JENS TOFTGAARD NIELSEN, HOLGER ORUP, JOHNNY HALKJAER PEDERSEN, KAARE RUBAK, MORTEN STRIBAEK, FRANZ TREUE, DAVID WELNER, and DAN WINDEKILDE, individuals,<br><br>              Defendants. | CASE NO. C05-01477 (RS)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER (SPECIAL APPEARANCE)** |

////

////

**THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT** defendants Claus Andersen, Finn Schiermer Andersen, Jacob Andersen, Rene Schaloffsky Bloch, Kristian Borum, Susanne Corydon-Petersen, Claus Peter Ek, Hartvig Ekner, Anders Enggaard, Roland Erbs, Christian G. Folting, Tobias F. Garde, Lars Bo Graversen, Torben Vendt Hansen, Karsten Jensen, Jakob Schou Jensen, Niels Jeppesen, Kristian Knudsen, Stig Kofoed, Carsten Langgarrd, Kim Mostrup, Søren Møller, Allan Puge Nielsen, Jens Toftgaard Nielsen, Holger Orup, Johnny Halkjaer Pedersen, Kaare Rubak, Morten Stribaek, Franz Treue, David Welner, and Dan Windekilde, and each of them (collectively, "Defendants") -- without any defendant's waiver of or submission to this Court's jurisdiction, venue, or forum, or consent to have a United States Magistrate Judge conduct the proceedings in this action -- hereby make the following substitution of counsel of record in this action: Charles M. Louderback, Stacey L. Pratt, and Clarice C. Liu of the Louderback Law Firm, One Embarcadero Center, Suite 2300, San Francisco, California 94111, (415) 398-7860, will substitute in place of Milbank, Tweed, Hadley & McCloy LLP for Defendants herein.

I accept this substitution.

DATED: August 18, 2005            THE LOUDERBACK LAW FIRM

By: _____
CHARLES M. LOUDERBACK
STACEY L. PRATT
CLARICE C. LIU
Attorneys specially appearing for Defendants

I accept this substitution. in accordance with the Court's July 22, 2005 Order granting Milbank's Motion to Withdraw as Counsel of Record for Defendants.

DATED: August 10, 2005           MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
SALLY AGEL
SABINA B. CLORFEINE
Attorneys for Defendants

#32676

NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER
– C05-01477 (RS) - 1

1  The Substitution of Counsel pertaining to Defendants Claus Andersen, Finn Schiermer
2  Andersen, Jacob Andersen, Rene Schaloffsky Bloch, Kristian Borum, Susanne Corydon-Petersen,
3  Claus Peter Ek, Hartvig Ekner, Anders Enggaard, Roland Erbs, Christian G. Folting, Tobias F. Garde,
4  Lars Bo Graversen, Torben Vendt Hansen, Karsten Jensen, Jakob Schou Jensen, Niels Jeppesen,
5  Kristian Knudsen, Stig Kofoed, Carsten Langgarrd, Kim Mostrup, Søren Møller, Allan Puge Nielsen,
6  Jens Toftgaard Nielsen, Holger Orup, Johnny Halkjaer Pedersen, Kaare Rubak, Morten Stribaek, Franz
7  Treue, David Welner, and Dan Windekilde's is hereby GRANTED.

10  DATED: August 18, 2005        /s/ Richard Seeborg
11                                 HON. MAGISTRATE JUDGE RICHARD SEEBORG