Patrick E. Premo (CSB No. 184915)
Joseph S. Belichick (CSB No. 229371)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200
ppremo@fenwick.com
jbelichick@fenwick.com

Ronald S. Cooper (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, Northwest
Washington, D.C.  20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902
rcooper@steptoe.com

Attorneys for Plaintiff MIPS TECHNOLOGIES, INC.

*E-FILED 8/19/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIPS Technologies, Inc., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>Claus Andersen, et al.,<br><br>          Defendants. | Case No. C05-01477-RS<br><br>STIPULATION & [PROPOSED] ORDER TO CHANGE TIME -- EXTENSION OF DATES<br><br>[CIV. L.R. 6-2] |

Pursuant to Civil Local Rule 6-2, Plaintiff MIPS Technologies, Inc. ("MIPS") and Defendants Andersen et al.[1] (collectively "Defendants"), by and through their counsel, respectfully submit this Stipulation requesting an Order to extend current deadlines by thirty (30) days.[2]

---

[1] Defendants include Claus Andersen, Finn Schiermer Andersen, Jacob Andersen, Rene Schaloffsky Bloch, Kristian Borum, Susanne Corydon-Petersen, Claus Peter Ek, Hartvig Ekner, Anders Enggaard, Roland Erbs, Christian G. Folting, Tobias F. Garde, Lars Bo Graversen, Torben Vendt Hansen, Karsten Jensen, Jakob Schou Jensen, Niels Jeppensen, Kristian Knudsen, Stig Kofoed, Carsten Langgaard, Kim Mostrup, Søren Møller, Allan Puge Nielsen, Jens Toftgaard Nielsen, Holger Orup, Johnny Halkjaer Pedersen, Kaare Rubak, Morten Stribaek, Franz Treue, David Welner, and Dan Windekilde.

[2] This stipulation is entered into without any Defendant's waiver of or submission to this Court's jurisdiction, venue, or forum, or consent to have a United States Magistrate Judge conduct the proceedings in this action.  Plaintiff reserves all rights to oppose all arguments by Defendants against jurisdiction, venue, or forum.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  Good cause exists for the requested relief because MIPS and The Danish Society of
2  Engineers, which has been representing the interests of those union members who are named in
3  this action, have signed an agreement in principle to settle the action and require additional time
4  reach a final agreement. *See* the Declaration of Patrick E. Premo in Support of Stipulation &
5  [Proposed] Order to Change Time ("Premo Decl.") ¶ 2. Accordingly, the parties request an order
6  extending the time for Defendants to file a responsive pleading, as well as all case management
7  dates so that the parties may focus on finalizing settlement of the action.

8  By stipulation filed on June 9, 2005, the parties agreed that Defendants would file a
9  responsive pleading by July 29, 2005. Premo Decl. ¶ 3. On July 19, 2005, Defendants prior
10 counsel, Milbank, Tweed, Hadley & McCloy, filed a motion to withdraw and requested an
11 extension of time for Defendants to file their responsive pleading. *Id.* The Court granted the
12 motion to withdraw, allowing Defendants until August 29, 2005 to file a responsive pleading, and
13 reset the case management dates from August until September. *Id.*, Exhibit A attached thereto.
14 Defendants have retained new counsel, The Louderback Law Firm, who substituted in as counsel of
15 record yesterday. *Id. See* Notice of Substitution of Counsel filed on August 18, 2005. The
16 requested extension will not significantly or unreasonably affect the schedule for this case. Premo
17 Decl. ¶ 4. Instead, it is expected that this extension of time will assist in reaching final settlement
18 of the action, as well as dismissal without further litigation. *Id.*

19 **IT IS HEREBY STIPULATED AND AGREED** as follows:

20 1. The due date for Defendants' answer or other responsive pleadings shall be
21    extended from August 29, 2005 until September 29, 2005;
22 2. The Case Management Conference shall be continued from September 21, 2005
23    until October 19, 2005, or other later date according to the Court's calendar, with
24    the parties' joint case management conference statement filed no later than seven
25    (7) days before the Case Management Conference.

26 / / /
27 / / /
28 / / /

**IT IS SO STIPULATED.**

DATED: August 19, 2005         THE LOUDERBACK LAW FIRM

By: /s/ Stacey L. Pratt
     Stacey L. Pratt

Attorneys for Defendants

CLAUS ANDERSEN et al.

DATED: August 19, 2005         FENWICK & WEST LLP


By: /s/ Patrick E. Premo
     Patrick E. Premo

Attorneys for Plaintiff
MIPS TECHNOLOGIES, INC.

## **ORDER**

**AS STIPULATED, IT IS SO ORDERED**.

Dated: 8/19/05         /s/ Richard Seeborg
     Honorable Magistrate Judge Richard Seeborg

1235988